# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLEN JEROME SUPPLES, | ) |
| Plaintiff, | ) Civil Action No. 16-342 |
| v. | ) Judge Cathy Bissoon |
| | ) Magistrate Judge Lisa Pupo Lenihan |
| LEO L. DUNN, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On April 28, 2017, the Magistrate Judge issued a Report (Doc. 38) recommending that Defendants' Motion to Dismiss (Doc. 19) be granted, and that Plaintiff's action be dismissed, without prejudice, pursuant to <u>Heck v. Humphrey</u>, 512 U.S. 477 (1994). Service of the Report and Recommendation was made, and Plaintiff has filed Objections. *See* Doc. 43.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

Defendants' Motion to Dismiss (**Doc. 19**) is **GRANTED**; Plaintiff's action is **DISMISSED**, without prejudice; and the Magistrate Judge's Report and Recommendation (Doc. 38) hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

June 19, 2017

s\Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via ECF email notification):

All counsel of record


cc (via First-Class U.S. Mail):

Allen Jerome Supples
MH3514
SCI Greene
175 Progress Drive
Waynesburg, PA  15370